# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | **SACV 17-1781-AG (JEM)** | Date | **May 30, 2018** |
|---|---|---|---|
| Title | **RICHARD G. STANFORD v. NANCY A. BERRYHILL** | | |

Present: The Honorable   **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH THE COURT'S ORDER**

On January 26, 2018, Defendant's filed "Ex Parte Application for Order for Modification Briefing to Allow for Cross-Motions" ("Ex Parte Application"). On January 30, 2018, the Court granted the Ex Parte Application and ordered Plaintiff to file a motion for summary judgment no later than April 6, 2018. To date, Plaintiff has not filed a summary judgment motion or otherwise responded to the Court's order.

Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE in writing on or before **June 13, 2018**, why this action should not be dismissed for failure to prosecute and/or failure to comply with a court order. No extension of this deadline will be granted absent a showing of extraordinary circumstances. Plaintiff may respond to this Order to Show Cause by filing his summary judgment motion as previously ordered.

The Order to Show Cause will be submitted upon the filing of Plaintiff's response. Plaintiff is advised that failure to file a response to this Order to Show Cause may result in the Court recommending that the case be dismissed for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rules of Civil Procedure, Rules 4(l) and 4(m).

|  | _____ : _____ |
|---|---|
| Initials of Preparer | slo |