## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **SACV 17-1781-AG (JEM)** | Date | **June 21, 2018** |
|---|---|---|---|
| Title | **RICHARD G. STANFORD v. NANCY A. BERRYHILL** | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: PLAINTIFF'S PERMISSION FOR ELECTRONIC FILING**

On November 8, 2017, Plaintiff filed an "Application for Permission for Electronic Filing" ("Application"). In his Application, Plaintiff indicated his understanding of the rules and instructions regarding how to use the CM/ECF system and that unsatisfactory use of that system could result in his e-filing privileges being revoked.

On November 9, 2017, the Court granted the Application and permitted Plaintiff to use the Court's CM/ECF System, based on Plaintiff's statements in the Application.

However, on June 19, 2018, Plaintiff did not e-file his Motion for Summary Judgment. Instead, he mailed the documents to the Court for filing.

Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE in writing on or before **June 28, 2018**, why his permission to use the Court's CM/ECF system should not be revoked for failure to comply with a court order. No extension of this deadline will be granted.

The Order to Show Cause will be submitted upon the filing of Plaintiff's response. Plaintiff is advised that failure to file a response to this Order to Show Cause may result in the Court recommending that the case be dismissed for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rules of Civil Procedure, Rules 4(l) and 4(m).

_____ : _____

Initials of Preparer                 slo