JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GALE STANFORD, | Case No. SACV 17-01781-AG-JEM |
| Plaintiff, | |
| v. | J U D G M E N T |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that (1) Plaintiff's Motion for Summary Judgment is DENIED; (2) summary judgment is GRANTED sua sponte in favor of the Commissioner affirming the Commissioner's decision to deny Plaintiff's request for a waiver of overpayments; and (3) this action is dismissed with prejudice.

DATED: March 30, 2019

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE